**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00366-CR
_____

## IN RE TERRY MATTHEW DAVIS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Terry Matthew Davis filed a petition for writ of mandamus, seeking to compel the trial court to hold a hearing relating to review of relator's commitment as a sex offender.[1] Relator has filed a motion to dismiss, stating that he does not wish to pursue this petition.

---

[1]    The underlying case is *The State of Texas v. Terry Matthew Davis*, cause number 1522471, pending in the 182nd District Court of Harris County, Texas, the Honorable Danilo Lacayo presiding.

We grant the motion and dismiss the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish.  TEX. R. APP. P. 47.2(b).